Christian Schreiber (Bar No. 245597)
christian@osclegal.com
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, California 94133
Tel:  (415) 484-0980
Fax:  (415) 658-7758

Elliot Conn (Bar No. 279920)
elliot@connlawpc.com
CONN LAW, PC
354 Pine St., 5th Floor
San Francisco, California 94104
Tel:  (415) 417-2780
Fax:  (415) 358-4941

*Attorneys for Plaintiff Jeremy Stanfield and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JEREMY STANFIELD, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>TAWKIFY, INC., and DOES 1-25,<br><br>Defendants. | Case No. 3:20-cv-07000<br><br>*Assigned for all purposes to the Honorable Laurel Beeler*<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** |

TO THE COURT, PLAINTIFF, AND PLAINTIFF'S ATTORNEYS OF RECORD:

  Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of California Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated October 9, 2020           Respectfully submitted,

                   OLIVIER SCHREIBER & CHAO LLP
                   CONN LAW, PC

                   By: */s/ Christian Schreiber*
                     Christian Schreiber

                   *Attorneys for Jeremy Stanfield and the Proposed Class*