Christian Schreiber (Bar No. 245597)
christian@osclegal.com
Monique Olivier (Bar No. 190385)
monique@osclegal.com
Hannah Shirey (Bar No. 332187)
hannah@osclegal.com
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, California 94133
Tel:     (415) 484-0980
Fax:    (415) 658-7758

Elliot Conn (Bar No. 279920)
elliot@connlawpc.com
CONN LAW, PC
354 Pine St., 5th Floor
Tel:     (415) 417-2780
Fax:    (415) 358-4941

*Attorneys for Plaintiff Jeremy Stanfield and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JEREMY STANFIELD, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TAWKIFY, INC., <br><br> Defendant. | Case No. 3:20-cv-07000-WHA <br><br> <u>CLASS ACTION</u> <br><br> **PLAINTIFF'S CORRECTED NOTICE OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** <br><br> Date:          July 22, 2021 <br> Time:         8:00 AM <br> Courtroom: 12, 19th Floor <br> Judge:        Hon. William H. Alsup <br><br> Complaint filed:  August 17, 2020 <br> FAC filed:          November 17, 2020 |

CORRECTED NOTICE OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
Case No. 3-20-cv-07000-WHA

**CORRECTED NOTICE OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

**TO DEFENDANT AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on July 22, 2021, at 8:00 a.m., in Courtroom 12 of this Court, located at 450 Golden Gate Ave, San Francisco, California, 94102, Plaintiff Jeremy Stanfield ("Plaintiff"), individually and on behalf of all others similarly situated, will, and hereby does, move this Court, pursuant to Federal Rule of Civil Procedure 15, for leave to file a Second Amended Complaint in the form of Exhibit B to the Declaration of Christian Schreiber.

Plaintiff seeks leave to file a Second Amended Complaint containing allegations that Defendant Tawkify, Inc. ("Tawkify" or "Defendant") violated California Penal Code sections 632, 632.7, and 637.2 by secretly recording a telephone conversation between its representative, "Kari," and the Plaintiff, without Plaintiff's consent or knowledge, on or about June 26, 2020.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities included herein, the Declaration of Christian Schreiber, filed herewith, and exhibits thereto, all pleadings and papers on file in this action, any matters of which the Court may or must take judicial notice, and such additional evidence or argument as may be presented at or prior to the time of the hearing.

Dated: June 9, 2021

Respectfully submitted,

OLIVIER SCHREIBER & CHAO LLP

CONN LAW, PC

*/s/ Christian Schreiber*
Christian Schreiber
*Attorneys for Plaintiff*