Monique Olivier (Cal. Bar No. 190385)
monique@osclegal.com
Christian Schreiber (Cal. Bar No. 245597)
christian@osclegal.com
Hannah Shirey (Cal. Bar No. 332187)
hannah@osclegal.com
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, California 94133
Tel:    (415) 484-0980
Fax:   (415) 658-7758

Elliot Conn (Cal. Bar No. 279920)
elliot@connlawpc.com
CONN LAW, PC
354 Pine Street, 5th Floor
San Francisco, California 94104
Tel:    (415) 417-2780
Fax:   (415) 358-4941

*Attorneys for Plaintiff Jeremy Stanfield
and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMY STANFIELD, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TAWKIFY, INC., et al.; and DOES 1-25,<br><br>    Defendants. | Case No. 3:20-cv-07000-WHA<br><br>**PLAINTIFF'S SUPPLEMENTAL RESPONSES TO DEFENDANT TAWKIFY, INC.'S INTERROGATORIES TO PLAINTIFF, SET ONE, NOS. 2, 3, 8, 9, 10, 11, 13, AND 18**<br><br>Complaint filed: August 21, 2020<br>Trial date: |

8. Plaintiff objects to each interrogatory to the extent it seeks information from or about anyone besides the named Plaintiff, thereby seeking documents that may not in the possession, custody or control of Plaintiff.

9. Plaintiff objects to each interrogatory to the extent that it is vague, ambiguous, overbroad, and unintelligible.

10. Plaintiff objects to each interrogatory to the extent it seeks information protected from disclosure under the marital testimonial privilege and/or the marital confidential communications privilege.

Plaintiff specifically reserves the right to supplement these objections and responses as discovery progresses, and specifically after and if Plaintiff is able to obtain further documents, discovery responses, and deposition testimony from Defendant.

Subject to and without waiving the foregoing General Objections, and incorporating each of them by reference into each of the responses provided below, Plaintiff hereby responds to Defendant Tawkify, Inc.'s Interrogatories to Plaintiffs, Set One, as follows:

## INTERROGATORIES

**INTERROGATORY NO. 2:**

IDENTIFY, with specificity, all facts, including the relevant dates, PERSONS, COMMUNICATIONS, and DOCUMENTS, that relate to how YOU first became aware of the Dating Services Contract Act, Cal. Civ. Code section 1694, et seq. ("DSCA" or the "Act").

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

Plaintiff objects to the interrogatory on grounds that it is compound. Plaintiff objects to the interrogatory to the extent it seeks information protected by the attorney-client privilege or the attorney work product doctrine. Plaintiff objects that the interrogatory is overbroad, vague, and ambiguous. Plaintiff objects that the interrogatory incorporates terms that are vague, unintelligible, or misleading. Plaintiff objects that the interrogatory is unduly burdensome and propounded for the purpose of harassing Plaintiff because it seeks information in the possession of, known to, or otherwise equally available to, Defendant.

3
PLAINTIFF'S SUPPLEMENTAL RESPONSES TO DEFENDANT TAWKIFY, INC.'S INTERROGATORIES, SET ONE
CASE NO. 3:20-cv-07000-WHA

Subject to the foregoing objections, Plaintiff responds as follows:

Plaintiff became aware of the Dating Services Contract Act shortly before filing the complaint in August 2020, on or about August 7, 2020.

**INTERROGATORY NO. 3**

IDENTIFY the date that YOU first learned of YOUR rights under California Civil Code § 1694.1, as alleged in the FAC.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 3:**

Plaintiff objects to the interrogatory on grounds that it is compound. Plaintiff objects that the interrogatory is overbroad, vague, and ambiguous. Plaintiff objects to the interrogatory on grounds that it seeks information protected by the attorney-client privilege. Plaintiff objects on grounds that the information sought is not relevant nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to the foregoing objections, Plaintiff responds as follows:

Plaintiff became aware of the Dating Services Contract Act shortly before filing the complaint in August 2020, including those rights enumerated in California Civil Code § 1694.1, on or about August 7, 2020.

**INTERROGATORY NO. 8**

IDENTIFY all PERSONS (other than YOUR counsel or YOUR counsel's staff) who have personal knowledge concerning the facts alleged in the FAC.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 8:**

Plaintiff objects that interrogatory is vague and overbroad. Plaintiff objects to the interrogatory on grounds that it requires him to speculate about the personal knowledge of individuals. Plaintiff objects that the interrogatory is unduly burdensome and propounded for the purpose of harassing Plaintiff because it seeks information in the possession of, known to, or otherwise equally available to, Defendant.

Subject to and without waiving the foregoing objection(s), Plaintiff responds as follows:

- Plaintiff, who may be contacted through counsel;

4
PLAINTIFF'S SUPPLEMENTAL RESPONSES TO DEFENDANT TAWKIFY, INC.'S INTERROGATORIES, SET ONE
CASE NO. 3:20-cv-07000-WHA

Subject to and without waiving the foregoing objection(s), and subject to the Preliminary Statement and General Objections above, Plaintiff responds as follows: Plaintiff has not shared his "TAWKIFY profile login information (username and password)" with any person outside of a privileged attorney-client relationship.

Dated: June 4, 2021

Respectfully submitted,

OLIVIER SCHREIBER & CHAO LLP
CONN LAW, PC

By:   /s/ Christian Schreiber
       Christian Schreiber

*Attorneys for Plaintiff and the Proposed Class*

**VERIFICATION**

I, Jeremy Stanfield, declare as follows:

I am the plaintiff in this action and have read the foregoing responses to Defendant Tawkify, Inc.'s Interrogatories, Set One (as modified), and know the contents thereof. The responses are true of my own knowledge except for matters stated on my information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at  Murrieta , California on June 04, 2021.

DocuSigned by:

*Jeremy Stanfield*

9848E7011766492...

Jeremy Stanfield

VERIFICATION
CASE NO: 3:20-cv-07000-WHA