1  **NELSON MULLINS RILEY & SCARBOROUGH LLP**
   Jahmy S. Graham (SBN 300880)
2  jahmy.graham@nelsonmullins.com
   Priscilla Szeto (SBN 305961)
3  priscilla.szeto@nelsonmullins.com
   Crispin L. Collins (SBN 311755)
4  crispin.collins@nelsonmullins.com
   19191 South Vermont Avenue, Suite 900
5  Torrance, CA 90502
   Telephone:    424.221.7400
6  Facsimile:    424.221.7499

7  Attorneys for Defendant
   TAWKIFY, INC.
8

9                  UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

11

12 | JEREMY STANFIELD, on behalf of himself and all others similarly situated, | Case No. 3:20-cv-07000-WHA |
|---|---|
| Plaintiff, | Assigned to Hon. William H. Alsup |
| v. | **NOTICE OF ERRATA REGARDING TAWKIFY, INC.'S OPPOSITION TO PLAINTIFF JEREMY STANFIELD'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |
| TAWKIFY, INC., et al.; and DOES 1 -25, | |
| Defendants. | |
| | Hearing Date: July 22, 2021<br>Hearing Time: 8:00 a.m.<br>Courtroom: 12 |
| | Date Removed: October 7, 2020<br>Date Filed: August 17, 2020 |

1  **TO THE COURT AND ALL PARTIES IN THIS ACTION:**

2  **PLEASE TAKE NOTICE THAT** Defendant Tawkify, Inc., through its undersigned counsel,

3  hereby provides notice of errata and correction as follows:

4  On June 29, 2021, Tawkify filed its "Opposition to Plaintiff Jeremy Stanfield's Motion for

5  Leave to File a Second Amended Complaint" (the "Opposition"). (Dkt. 78.) The Opposition included

6  as an attachment, the Declaration of Jahmy S. Graham (the "Graham Declaration"). (Dkt. 78-1.) The

7  Graham Declaration references Exhibits A through I thereto. Exhibits G, H, and I, however, were

8  inadvertently omitted in the filing of the Opposition.

9  Attached hereto are Exhibits G, H, and I to the Graham Declaration.

10  Dated:  June 30, 2021                                Respectfully submitted,

11                                                                             NELSON MULLINS RILEY & SCARBOROUGH LLP

13                                                                             By:     */s/ Jahmy S. Graham*
                                                                                         Jahmy S. Graham
                                                                                         Priscilla Szeto
14                                                                                      Crispin L. Collins

15                                                                                      Attorneys for Defendant
                                                                                         TAWKIFY, INC.

---

1                                                                                                                          Case No. 3:20-cv-07000-WHA
NOTICE OF ERRATA REGARDING TAWKIFY, INC.'S OPPOSITION TO PLAINTIFF JEREMY STANFIELD'S
MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2021, I electronically filed the forgoing with the Clerk of court using the CM/ECF system and I served a copy of the forgoing pleading on all counsel for all parties via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 30, 2021 at Torrance, California.

Jahmy S. Graham                               By:   */s/ Jahmy S. Graham*
      Jahmy S. Graham                                                            Signature