```
                UNITED STATES DISTRICT COURT

             NORTHERN DISTRICT OF CALIFORNIA

                  SAN FRANCISCO DIVISION


JEREMY STANFIELD,                  )
individually and on                )
behalf of all others               )
similarly situated,                )
                                   )
     Plaintiff,                    ) Case No.
                                   )
vs.                                ) 3:20-cv-07000-WHA
                                   )
TAWKIFY, INC.,                     )
                                   )
     Defendant.                    )
_____)


       Contains Portions Designated as Confidential



         VIDEO-RECORDED 30(b)6 DEPOSITION OF

      THANE SCHULTZ ON BEHALF OF TAWKIFY, INC.

                    June 23, 2021

             Conducted Via Video Conference




Pages 1 - 196

Reported by:

Lisa O'Sullivan
Ca CSR No. 7822
Az CR No. 50952
RMR, CRR
```



```
 1   BY MR. SCHREIBER:
 2       Q.   Just a couple of very quick questions, and
 3   then we'll wrap it up.
 4            Does Tawkify have a moment in time in that
 5   customer journey map when it considers somebody to go
 6   from sort of potential client to client?  And I'll be
 7   more specific.
 8            Does Tawkify consider someone a client when
 9   they are approved by the committee or when they've
10   purchased the package or some other marker?
11       A.   Yeah.  So it would really be post --
12   postapproval, when we would send an email to the
13   client telling them that they were approved.  That
14   would be the moment in time.
15       Q.   And they pay before they go to the
16   committee.  Is that right?
17       A.   That is correct.
18       Q.   So in June of 2020, Mr. Stanfield had a
19   sales call with Ms. Fairchild, then paid, and he was
20   still not a client until Tawkify approved him.  Is
21   that correct?
22       A.   That would be correct, yes.
23       Q.   Is there a reason why the refund policy
24   changed on August 1st, 2020?
25            MR. GRAHAM:  Objection.  Asked and
```

```
 1                REPORTER CERTIFICATION
 2
 3       I, the undersigned certified court reporter
 4  licensed in the states of California and Arizona, do
 5  hereby certify:
 6       That the foregoing deposition of Thane Schultz
 7  was taken remotely before me at the date and time
 8  therein set forth, at which time the witness was put
 9  under oath or affirmation by me;
10       That the foregoing pages constitute a full, true,
11  and accurate transcript of all proceedings had in the
12  matter.
13       I further certify that I am not related to nor
14  employed by any of the parties hereto and have no
15  interest in the outcome of the action.
16       In witness whereof, I have subscribed my name
17  this date: June 28, 2021.
18
19
20
21  _____
22         Lisa O'Sullivan
           Ca CSR No. 7822
23         Az CR No. 50952
           RMR, CRR
24
25
```