**From:** Elliot Conn <elliot@connlawpc.com>
**Sent:** Thursday, June 24, 2021 1:20 PM
**To:** Priscilla Szeto <priscilla.szeto@nelsonmullins.com>; christian@osclegal.com
**Cc:** Jahmy Graham <jahmy.graham@nelsonmullins.com>; Crispin Collins <crispin.collins@nelsonmullins.com>; Sindy Fleeger <sindy.fleeger@nelsonmullins.com>
**Subject:** RE: Stanfield v. Tawkify - Production of Calendly Communications and/or Documents

Priscilla,

   Here you go.

-Elliot

Elliot J. Conn
**Conn Law, PC**
354 Pine St., 5th Floor
San Francisco, CA 94104
Main: (415) 417-2780
Cell:  (949) 637-4953
elliot@connlawpc.com

*This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.*

**From:** Priscilla Szeto <priscilla.szeto@nelsonmullins.com>
**Sent:** Wednesday, June 23, 2021 4:55 PM
**To:** christian@osclegal.com; Elliot Conn <elliot@connlawpc.com>
**Cc:** Jahmy Graham <jahmy.graham@nelsonmullins.com>; Crispin Collins <crispin.collins@nelsonmullins.com>; Sindy Fleeger <sindy.fleeger@nelsonmullins.com>
**Subject:** Stanfield v. Tawkify - Production of Calendly Communications and/or Documents

Christian and Elliot:

Plaintiff Jeremy Stanfield's initial and supplemental production of documents to date do not include the confirmation email(s) and/or text message(s) Mr. Stanfield received from or through Calendly upon scheduling his initial call with a Tawkify Member Services representative. Such a confirmation was sent to Mr. Stanfield through Calendly. This information is responsive to Tawkify's RFP No. 10.

Please produce all documents, including all email and text message communications relating to any and all phone calls and/or meetings scheduled between Plaintiff and Tawkify on, through, or from Calendly by close of business tomorrow, June 24, 2021.

Regards,
Priscilla

**PRISCILLA SZETO   ASSOCIATE**

priscilla.szeto@nelsonmullins.com

**PACIFIC GATEWAY | SUITE 900**

**19191 SOUTH VERMONT AVENUE | TORRANCE, CA 90502**

**T 424.221.7411   F 424.221.7499**

**NELSONMULLINS.COM**   **VCARD**   **VIEW BIO**

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.