**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO**

| | |
|---|---|
| JEREMY STANFIELD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TAWKIFY, INC., and DOES 1-25,<br><br>Defendants. | Case No. 3:20-cv-07000-WHA<br><br>**CORRECTED [PROPOSED] ORDER GRANTING TAWKIFY, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: SUPPLEMENTAL BRIEFING RE: CONVERTED MOTION FOR SUMMARY JUDGMENT**<br><br>**[PURSUANT TO CIVIL L.R. 7-11 AND 79-5(d)]**<br><br>Assigned to Hon. William H. Alsup |

The Court, having considered Defendant Tawkify, Inc.'s Administrative Motion to File Under Seal and the Declarations of Thane Schultz and Jahmy S. Graham in support thereof, as well as all other supporting and opposing arguments and papers, and finding good cause and/or compelling reasons, HEREBY ORDERS:

1. Defendant Tawkify, Inc.'s Administrative Motion to File Under Seal is **GRANTED**.
2. The following documents or portions of documents are sealed:

| Exhibit | Document | Portions to Be Sealed |
|---|---|---|
| 1 | Supplemental MSJ Briefing | Highlighted redactions at<br>• p. 3, lines 3-8<br>• p. 5, lines 1-2<br>• p. 6, lines 6-9, 21<br>• p. 10, lines 6, 8-9<br>• p. 12, line 8 |
| 2 | Schultz Declaration, Ex. B<br><br>(Tawkify notes from call with Plaintiff, TAWKIFY_STANFIELD_ 00099) | Entire document |
| 3 | Schultz Declaration, Ex. C<br><br>(Text messages between parties, TAWKIFY_STANFIELD_00179 - 185) | Entire document |
| 4 | Schultz Declaration, Ex. D<br><br>(Date feedback, TAWKIFY_STANFIELD_00202-204) | Entire document |
| 5 | Schultz Declaration, Ex. E<br><br>(7/18/2020 offer for non-refundable bonus, TAWKIFY_STANFIELD_000003) | Entire document |
| 6 | Schultz Declaration, Ex. F<br><br>(Internal notes re: calculation of refund, TAWKIFY_STANFIELD 00115-116) | Entire Document |
| 7 | Schultz Declaration, Ex. G<br><br>(Account activity log regarding Plaintiff, TAWKIFY_STANFIELD_00205-210) | Entire document |

| Exhibit | Document | Portions to Be Sealed |
|---|---|---|
| 8 | Graham Declaration, Ex. A<br><br>(Transcript of Plaintiff's Call) | Entire document |
| 9 | Graham Declaration, Ex. B<br><br>(Emails between parties, STANFIELD000030) | Highlighted redactions |
| 10 | Graham Declaration, Ex. D<br><br>(7/19 email, STANFIELD00085-87) | Highlighted redactions |
| 11 | Graham Declaration, Ex. E & F<br><br>(Text messages, STANFIELD000099)<br>(Email receipt, STANFIELD00005) | Highlighted redactions |
| 12 | Graham Declaration, Ex. G<br><br>(Email following purchase, STANFIELD00008-10) | Highlighted redactions |
| 13 | Graham Declaration, Ex. I<br><br>(Text messages, STANFIELD113-116) | Highlighted redactions |
| 14 | Graham Declaration, Ex. K<br><br>(Text messages before date, STANFIELD000130) | Highlighted redactions |
| 15 | Graham Declaration, Ex. L<br><br>(Emails between parties, STANFIELD000016-17) | Highlighted redactions |
| 16 | Graham Declaration, Ex. M<br><br>(Emails between parties, STANFIELD000013-14) | Highlighted redactions |

| Exhibit | Document | Portions to Be Sealed |
|---|---|---|
| 17 | Graham Declaration, Ex. N<br><br>(Emails regarding first date, STANFIELD000038) | Highlighted redactions |
| 18 | Graham Declaration, Ex. O<br><br>(Text messages, STANFIELD000134-35) | Highlighted redactions |
| 19 | Graham Declaration, Ex. Q<br><br>(Emails between parties, STANFIELD000050-53) | Highlighted redactions |
| 20 | Graham Declaration, Ex. R<br><br>(Bank records, STANFIELD000146) | Highlighted redactions |
| 21 | Graham Declaration, Ex. S<br><br>(Email between parties, STANFIELD000044) | Highlighted redactions |
| 22 | Graham Declaration, Ex. T<br><br>(Emails between parties, STANFIELD000040-42) | Highlighted redactions |
| 23 | Graham Declaration, Ex. U<br><br>(Bank records, STANFIELD000148) | Highlighted redactions |
| 24 | Graham Declaration, Ex. W<br><br>(Emails between parties, STANFIELD000039) | Highlighted redactions |
| 25 | Graham Declaration, Ex. X<br><br>(Emails between parties, STANFIELD000135-136) | Highlighted redactions |

| Exhibit | Document | Portions to Be Sealed |
|---|---|---|
| 26 | Graham Declaration, Ex. Y<br><br>(Emails between parties, STANFIELD000082-84) | Highlighted redactions |
| 27 | Graham Declaration, Ex. Z<br><br>Deposition of Plaintiff Jeremy Stanfield | Highlighted redactions |
| 28 | Graham Declaration, Exh AA<br><br>Deposition of Thane Schultz | Highlighted redactions |

Dated: _____, 2021

_____
Hon. William H. Alsup
UNITED STATES DISTRICT JUDGE