1  **NELSON MULLINS RILEY & SCARBOROUGH LLP**
   Jahmy S. Graham (SBN 300880)
2  jahmy.graham@nelsonmullins.com
   Priscilla Szeto (SBN 305961)
3  priscilla.szeto@nelsonmullins.com
   Crispin L. Collins (SBN 311755)
4  crispin.collins@nelsonmullins.com
   19191 South Vermont Avenue, Suite 900
5  Torrance, CA 90502
   Telephone:    424.221.7400
6  Facsimile:    424.221.7499

7  Attorneys for Defendant
   TAWKIFY, INC.
8

9                        UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

11

12 | JEREMY STANFIELD, on behalf of himself | Case No. 3:20-cv-07000-WHA
   | and all others similarly situated,
13 |                                        | Assigned to Hon. William H. Alsup
   |                 Plaintiff,
14 |                                        | **NOTICE OF ERRATA AND**
   |        v.                              | **CORRECTION TO TAWKIFY, INC.'S**
15 |                                        | **SUPPLEMENTAL BRIEFING RE**
   | TAWKIFY, INC., et al.; and DOES 1 -25, | **CONVERTED MOTION FOR**
16 |                                        | **SUMMARY JUDGEMENT**
   |                 Defendants.
17 |                                        |
18 |                                        | Hearing Date:  August 12, 2021
   |                                        | Hearing Time:  8:00 a.m.
19 |                                        | Courtroom:     12
20 |                                        |
   |                                        | Date Removed: October 7, 2020
21 |                                        | Date Filed:    August 17, 2020

22

23

24

25

26

27

28

                                                      Case No. 3:20-cv-07000-WHA
       NOTICE OF ERRATA REGARDING TAWKIFY, INC.'S SUPPLEMENTAL MSJ BRIEFING

**TO THE COURT AND PLAINTIFF IN THIS ACTION:**

**PLEASE TAKE NOTICE THAT** Defendant Tawkify, Inc. ("Tawkify"), through its undersigned counsel, hereby provides notice of errata and correction as follows:

On July 9, 2021, Tawkify filed its "Corrected Supplemental Briefing Re: Converted Motion for Summary Judgment" (the "MSJ Briefing") (Dkt. 89) and its Corrected "Declaration of Jahmy S. Graham in Support of Defendant Tawkify, Inc.'s Motion for Summary Judgment" ("Graham Declaration" or "Graham Decl."). (Dkt. 89-1.) Due to inadvertent clerical errors, the MSJ Briefing contained one exhibit citation that was incorrectly numbered, and two pages from Exhibit Z of the Graham Declaration (pp. 252-53 of Plaintiff's Deposition Transcript) were inadvertently omitted. The corrected citation is identified below for the Court's and parties' reference, and the missing two deposition transcript pages inadvertently omitted from Exhibit Z of the Graham Declaration is attached herewith as Exhibit 1.

| Page/Line | Fact | Citation in Brief | Corrected Citation |
|---|---|---|---|
| 9:21-26 | "…she declined to meet with Plaintiff again . . . 'What was he thinking?'" | (Schultz Decl., Ex. E) | **Schultz Decl., Ex. D** |

Dated: July 12, 2021

Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP

By:    */s/* Jahmy S. Graham
        Jahmy S. Graham
        Priscilla Szeto
        Crispin L. Collins

        Attorneys for Defendant
        TAWKIFY, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2021, I electronically filed the forgoing with the Clerk of court using the CM/ECF system and I served a copy of the forgoing pleading on all counsel for all parties via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 12, 2021 at Torrance, California.

Jahmy S. Graham                                   By:   */s/ Jahmy S. Graham*
     Jahmy S. Graham                                            Signature