# EXHIBIT 1

```
 1   a date that you didn't want to go through?
 2       A    Just the whole experience with Tawkify,
 3   wasting my time on those dates.  It was extremely
 4   stressful, emotionally draining and stressful for
 5   me.
 6       Q    If you were to put a dollar amount on that
 7   emotional stress, what would you say?
 8            (Simultaneous speaking.)
 9       A    I can't put a dollar amount on it.  That's
10   not something I'm able to do.
11       Q    Okay.  So in terms of money that you paid
12   in connection with your experience with Tawkify,
13   there's the 3,700 for the package; right?
14       A    Correct.
15       Q    Okay.  And then 10 to $20 on gas per date;
16   correct?
17       A    Yep.
18       Q    $40 on the first date in terms of food and
19   beverage; correct?
20       A    Sorry.  Repeat that.  I apologize.
21       Q    $40 or so on food and beverage on the first
22   date?
23       A    On the first date, yes.
24       Q    But the food you ate yourself; right?  They
25   did not consume the food; correct?
```

```
 1      A    Correct.
 2      Q    The second date, you spent approximately --
 3  was it 80 to a hundred on food?
 4      A    Food and drinks, yes, for both of us.
 5      Q    Food and drinks.  And you both partook of
 6  the food and drinks on that date; correct?
 7      A    Yes, correct.
 8      Q    Okay.  Any other out-of-pocket costs you
 9  experienced as it relates to your interactions with
10  Tawkify?
11      A    No.
12      Q    Okay. Okay.  All right.  I'm going to mark
13  as Exhibit 21 another communication that you have
14  with the company.  Give me a second to pull that up.
15           I'll mark this as Exhibit 20 -- 21, excuse
16  me.  Mark as Exhibit 21.  It's Bates-labeled
17  STANFIELD000040.  That's the beginning Bates.  And
18  then the ending Bates -- actually, just that page.
19  Yeah.  000040.  Let me pull that up for you, sir.
20           (Defendant's Exhibit 21 was subsequently
21       marked for identification.)
22           MR. GRAHAM: Okay.  Apologies.  It's not
23  maximizing for me.  There we go.  Okay.
24      Q    Do you see a document on your screen right
25  now, Mr. Stanfield?
```