UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEREMY STANFIELD,

    Plaintiff,

  v.

TAWKIFY, INC.,

    Defendant.

No. C 20–07000 WHA

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO SEAL**

    Defendant seeks to seal information filed in support of the motion for summary judgment including portions of the motion, portions of some exhibits, and the entirety of other exhibits (Dkts. 77, 82). The portions of the motion that defendant seeks to redact include personal details about plaintiff Stanfield and his dates. Defendant seeks to seal exhibits in their entirety include conversations between Stanfield and Tawkify representatives, such as a text message exchange setting up Stanfield's dates, a page depicting Stanfield and his dates' rating of each other, his picture, an email exchange containing Stanfield's request for a full refund and his feedback, and log of Stanfield's activity on his Tawkify profile. Other redactions include Stanfield's current and former addresses as stated in his deposition, portions of messages that show Stanfield's email address and the names of Tawkify representatives, Stanfield's credit

card information and phone number, and portions of messages containing the names of Stanfield's dates. Tawkify also seeks to redact portions of a deposition of Tawkify's representative explaining their matchmaking process and promotional materials that show names, location, age, wedding date, and pictures of couples that were successfully matched.

Compelling reasons justify protecting personal information, including financial information and information about third parties. Redaction or sealing of this category of information does not impinge upon the public's ability to understand this matter. The request to redact portions of the brief and exhibits is **GRANTED** as to the following categories of information:

- Personal details about Stanfield, including financial information (*i.e.* credit card and bank information, but not general information about how much Stanfield paid for Tawkify's services, home address, email address, phone number, family composition, salary, his profile picture, Stanfield's rating of his date, dates' rating of Stanfield, and specific preferences for matches and dates.
- Personal details about Stanfield's matches, including name, family composition, employment, and any other descriptions of the dates that reveal personal characteristics.
- Names and email addresses of Tawkify representatives.

Tawkify may also seal the entirety of the exhibit containing promotional material that includes the names, location, age, wedding date, and pictures of third parties.

The request to seal is **DENIED** as to information not listed above, including:

- Portions of text messages and email exchanges between Tawkify representatives and Stanfield that do not reveal the personal details listed above (*i.e.* his request for a refund).
- The log of activity on Stanfield's account.
- The portion of deposition testimony explaining Tawkify's matchmaking process.

The request to seal is **GRANTED IN PART** and **DENIED IN PART**. Defendant shall please make these limited redactions in accordance with this order then refile the documents no later than **WEDNESDAY, AUGUST 18 AT NOON**.

**IT IS SO ORDERED.**

Dated: August 11, 2021

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE