UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEREMY STANFIELD,

    Plaintiff,

v.

TAWKIFY, INC.,

    Defendant.

No. C 20-07000 WHA

**ORDER GRANTING IN PART AND DENYING PLAINTIFF'S MOTION TO FILE UNDER SEAL**

    Plaintiff seeks to seal a variety of documents, including large swaths of the depositions of Stanfield and a Tawkify employee, the amount that Stanfield paid for his Tawkify dates, Tawkify's client agreement, refund policy, terms of use, privacy policy, communications between Stanfield and Tawkify employees, and a snippet of plaintiff's opposition to the pending motion for summary judgment (Dkt. 95). Plaintiff states these documents have been designated as confidential under the stipulated protective order. Documents labeled confidential during discovery do not necessarily warrant sealing.

    No compelling reason has been given to seal the requested records. This order notes that plaintiff's counsel seek to seal information that has need to remain confidential, but would allow the public to better understand this case. For instance, Tawkify's terms of service and

privacy policy were likely public documents accessible to anyone who visited Tawkify's website. To take another example, plaintiff seeks to redact the statement that "Tawkify prices the cost of each 'match' within a package equally." from the opposition to the motion for summary judgment.

Information that may be sealed includes any information that shows Stanfield's personal financial information, such as credit card information, and information about Stanfield's personal dating preferences, the names of his dates, or his specific complaints about his dates. Sealing this personal information protects individuals' right to privacy, including third parties, and does not hamper the public's understanding of this case.

None of the other documents warrant sealing. The request to seal is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff shall please make these limited redactions in accordance with this order then refile the documents no later than **WEDNESDAY, AUGUST 18, AT NOON**.

**IT IS SO ORDERED.**

Dated: August 11, 2021

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE