UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEREMY STANFIELD,

    Plaintiff,

v.

TAWKIFY, INC.,

    Defendant.

No. C 20-07000 WHA

**FINAL JUDGMENT**

For the reasons stated in the accompanying order granting summary judgment against plaintiff Jeremy Stanfield and in favor of defendant Tawkify, Inc., **FINAL JUDGMENT** in favor of defendants and against plaintiff is hereby entered.

The **CLERK SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 16, 2021

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE