UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEREMY STANFIELD,

    Plaintiff,

  v.

TAWKIFY, INC.,

    Defendant.

No. C 20-7000 WHA

**REQUEST RE AGREEMENT TO CONTRIBUTE TO FEES**

Plaintiff shall please advise the Court on whether there is an agreement between Stanfield and his counsel regarding plaintiff counsel's contribution in the event that defendant is awarded attorney's fees and costs. Please respond no later than **WEDNESDAY, DECEMBER 1 AT NOON**.

**IT IS SO ORDERED.**

Dated: November 29, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE