Christian Schreiber (Bar No. 245597)
christian@osclegal.com
Monique Olivier (Bar No. 190385)
monique@osclegal.com
Hannah Shirey (Bar No. 332187)
hannah@osclegal.com
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, California 94133
Tel: (415) 484-0980
Fax: (415) 658-7758

Elliot Conn (Bar No. 279920)
elliot@connlawpc.com
CONN LAW, PC
354 Pine Street, 5th Floor
San Francisco, California 94104
Tel: (415) 417-2780
Fax: (415) 358-4941

*Attorneys for Plaintiff Jeremy Stanfield and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JEREMY STANFIELD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TAWKIFY, INC.,<br><br>Defendants. | **Case No. 3:20-cv-07000-WHA**<br><br>**PLAINTIFF'S RESPONSE TO DKT. 128**<br><br>Date: December 2, 2021<br>Time: 8:00 a.m.<br>Courtroom: 12<br>Judge: Hon. William H. Alsup |

Plaintiff Jeremy Stanfield ("Plaintiff") responds to the Court's Request for Further Information Re Ability to Pay (Dkt. 128) as follows:

**Response to Ability to Pay Questions:**

1. Plaintiff does not own any real estate.

2. Plaintiff makes payments on a 2014 Toyota Prius. The contract for the vehicle has ▮ interest rate.

3. Plaintiff has not applied for any loans in the last three years except for financing his used car. The 2021 credit application for the vehicle states gross monthly income of ▮▮. As set forth in the Declaration of Jeremy Stanfield in Support of Plaintiff's Opposition to Defendant Tawkify, Inc.'s Motion for Award of Attorneys' Fees and Costs, Plaintiff's monthly income ▮▮ (ECF No. 120-13, ¶ 8).

**Statement of Plaintiff's Current Net Assets:**

[redacted]

Dated: December 1, 2021

Respectfully submitted,

OLIVIER SCHREIBER & CHAO LLP

CONN LAW, PC
/s/ Elliot Conn
Elliot Conn
*Attorneys for Plaintiff*
JEREMY STANFIELD