UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEREMY STANFIELD,

    Plaintiff,

  v.

TAWKIFY, INC.,

    Defendant.

No. C 20-7000 WHA

**ORDER GRANTING MOTION TO SEAL**

    Plaintiff moves to seal redacted portions of Stanfield's declaration submitted in support of the opposition to Tawkify's motion for attorney's fees (Dkt. 119). The redacted portions lay out Stanfield's financial information including his monthly income and expenses.

    Compelling reasons warrant redacting sensitive personal financial information and these details are not necessary to the public's understanding of this case. The motion is **GRANTED**.

    **IT IS SO ORDERED.**

Dated: December 1, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE